THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 
 Richard Pfeil, Claimant
 
 
 
 
 

v.

 
 
 
 Larry Rowell,
 Individually, Jeff Barnhart, Individually, d/b/a Rowell and Barnhart
 Construction, Uninsured 
 Employer(s),
 and Waddell
 Homes, Statutory
 Employer,
 
 
 and Zurich
 American Insurance Company, and South Carolina Uninsured Employers' Fund, Defendants,
 
 
 of whom Waddell
 Homes, Inc. and Zurich American Insurance Company are the Appellants,
 
 
 and South
 Carolina Uninsured Employers' Fund is the Respondent.
 
 
 
 
 

Appeal From York County
 S. Jackson Kimball, III, Circuit Court
Judge

Memorandum Opinion No.   2009-MO-060
 Heard November 4, 2009  Filed November 9,
2009

AFFIRMED

 
 
 
 Bradley
 Horace Smith, of Rudisill, White & Kaplan, of Charlotte, for Appellants.
 Amy
 Cofield, of Cofield Law Firm, of Lexington, for Respondent(s).
 
 
 

PER CURIAM: In this
 workers' compensation case, Appellants Waddell Homes, Inc. and Zurich American
 Insurance Company appeal the trial
 courts order denying their request to transfer liability to Respondent South Carolina Uninsured Employers' Fund.  We affirm pursuant to Rule 220(b) of the South
 Carolina Appellate Court Rules and the following authority: Hopper v. Terry
 Hunt Construction, 383 S.C. 310, 680 S.E.2d 1 (2009) (holding that an
 incomplete ACORD Form does not constitute proper documentation of the
 subcontractor's workers' compensation insurance).  
AFFIRMED.
WALLER, ACTING CHIEF JUSTICE, PLEICONES,
 BEATTY,  KITTREDGE, JJ., and Acting Justice James E. Moore, concur.